1

2

3    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
     AT SEATTLE

4

5

AMAZON.COM, INC.,

6
                      Plaintiffs,

7                                              NO. C02-2620P
          v.
                                               ORDER TO SHOW CAUSE
8    CYBERPOWER PTY, LTD., et al.

9                     Defendants.

10

11       Plaintiff served Defendants on March 22, 2004.  Although almost three months have passed,

12   Plaintiff has not moved for entry of default.  Accordingly, IT IS HEREBY ORDERED that Plaintiff

13   SHOWS CAUSE within 30 days of the issuance of this order, why the matter should not be dismissed

14   for failure to prosecute.

15       The clerk is directed to send copies of this order to all counsel of record.

16       Dated: June 21, 2004

17

18                                             /s/ Marsha J. Pechman
                                               Marsha J. Pechman
19                                             United States District Judge

20

21

22

23

24

25

26   ORDER TO SHOW CAUSE - 1