

03-CV-02620-ORD

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CYBERPOWER PTY, LTD., a foreign corporation, LEONID "LEO" RADVINSKY, an individual, ACTIVSOFT, INC., an Illinois corporation, and JOHN DOES 3-20,<br><br>Defendants. | No. C03-2620P<br><br>[PR~~OPO~~SED] ORDER TO COMPEL |

This matter came before the Court on plaintiff Amazon.com, Inc.'s ("Amazon.com") Motion to Compel Discovery from Defendant Leonid Radvinsky ("Radvinsky") and to Compel Initial Disclosures from Defendants Radvinsky, Cyberpower PTY, Ltd. ("Cyberpower"), and Activsoft, Inc. ("Activsoft") (collectively "Defendants").

The Court has considered Plaintiff's Motion and supporting declarations and documents, Defendant's opposition and supporting declarations and documents, if any, and Plaintiff's reply brief and supporting declarations and documents, if any. The Court has also considered the pleadings and papers filed in this action.

Based on the pleadings and evidence presented, it is now ORDERED:

[PROPOSED] ORDER TO COMPEL - 1
CASE NO. C03-2620P

K:\40741\00053\RJD\RJD_P223U

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1. Amazon.com's Motion to Compel is GRANTED.

2. Radvinsky is ordered to provide full and complete responses to Amazon.com's First Set of Discovery, including production of documents, within five (5) days after the date of this Order;

3. Defendants are ordered to provide Amazon.com with Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) within five (5) days after the date of this Order.

4. Defendants are ordered to pay reasonable attorneys' fees and costs incurred by Amazon.com having to bring its Motion to Compel.

DATED this 20 day of December, 2004.

_____
HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

PRESTON GATES & ELLIS LLP

By    /s/ Robert J. Dzielak
David A. Bateman, WSBA # 14262
Robert J. Dzielak, WSBA# 26178
Preston Gates & Ellis
925 Fourth Ave., Suite 2900
Seattle, WA  98104-1158
Phone : (206) 623-7580
Fax: (206) 623-7022
E-mail: robertd@prestongates.com
Attorneys for Plaintiff
Amazon.com, Inc.

[PROPOSED] ORDER TO COMPEL - 2
CASE NO. C03-2620P

K:\40741\00053\RJD\RJD_P223U

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022