The Honorable Marsha J. Pechman

03-CV-02620-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CYBERPOWER PTY, LTD., a foreign corporation, LEONID "LEO" RADVINSKY, an individual, ACTIVSOFT, INC., an Illinois corporation, and JOHN DOES 3-20,<br><br>Defendants. | No. C03-2620P<br><br>ORDER GRANTING PARTIES' STIPULATED PERMANENT INJUNCTION |

Plaintiff Amazon.com ("Amazon.com") and defendants Leonid "Leo" Radvinsky and ActivSoft, Inc. (collectively "defendants") have entered into a binding Settlement Agreement resolving all claims against defendants arising out of the actions alleged in Amazon.com's First Complaint for Damages and Injunction in this matter, and have stipulated to the entry of this Permanent Injunction in favor of Amazon.com against defendants.

Based on the Stipulation of the parties, it is hereby ORDERED as follows:

///

///

///

ORDER GRANTING PARTIES STIPULATED
PERMANENT INJUNCTION - 1
CASE NO. C03-2620P

K:\0741\00053\RJO\RJO_P22AO

Exhibit A

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## ORDER

Defendants along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

a. sending or transmitting, or directing, aiding, facilitating or conspiring with others to send or transmit, any electronic mail messages, or any electronic communication of any kind, that uses or incorporates "amazon.com" or any other Amazon.com trademark in those messages, unless specifically authorized by Amazon.com; and

b. sending or transmitting, or directing, aiding, or conspiring, with others to send or transmit, electronic mail messages, or any other electronic communications of any kind, bearing "amazon.com" or any other Amazon.com trademark, in the origination or return information of those messages, unless specifically authorized by Amazon.com.

ORDER GRANTED this __14__ day of ~~March~~ April, 2005.

_[signature]_
The Honorable Marsha J. Pechman

Presented by:

PRESTON GATES & ELLIS LLP

By /s/ Robert J. Dzielak
 David A. Bateman, WSBA # 14262
 Robert J. Dzielak, WSBA #26178
Preston Gates & Ellis
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Phone : (206) 623-7580
Fax: (206) 623-7022
E-mail: robertd@prestongates.com
Attorneys for Plaintiff
Amazon.com, Inc.

ORDER GRANTING PARTIES STIPULATED
PERMANENT INJUNCTION - 2
CASE NO. C03-2620P

K:\40741\00005\RJD\RJD_P22AO

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022