The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>v.<br><br>CYBERPOWER PTY, LTD., a foreign corporation, LEONID "LEO" RADVINSKY, an individual, ACTIVSOFT, INC., an Illinois corporation, and JOHN DOES 3-20,<br><br>   Defendants. | No. C03-2620P<br><br>STIPULATION FOR ORDER OF DISMISSAL OF DEFENDANTS RADVINSKY AND ACTIVSOFT, INC. |

Plaintiff Microsoft Corporation ("Microsoft") and defendants Leonid "Leo" Radvinsky ("Radvinsky") and Activsoft, Inc. ("Activsoft") (collectively "defendants") have entered into a binding Settlement Agreement resolving all claims arising out of the actions alleged in Microsoft's Complaint for Damages and Injunction in this matter. Microsoft and defendants hereby STIPULATE AND AGREE to the entry of an Order Dismissing Defendants Radvinsky and Activsoft with prejudice and without costs to any party.

/ / /

/ / /

/ / /

STIPULATION FOR ORDER OF DISMISSAL
OF DEFENDANTS RADVINSKY AND ACTIVSOFT,
INC. - 1
CASE NO. C03-2620P

K:\40741\00053\RJD\RJD_P22EA

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078

1  DATED this 11th day of May, 2005.        DATED this 10th day of May, 2005

| PRESTON GATES & ELLIS LLP | THOMPSON GIPE P.C. |
|---|---|
| By /s/ David A. Bateman<br>David A. Bateman, WSBA #14262<br>Robert J. Dzielak, WSBA #26178<br>925 Fourth Ave., Suite 2900<br>Seattle, WA 98104-1158<br>Phone: (206) 623-7580<br>Fax: (206) 623-7022<br>E-mail: robertd@prestongates.com<br>Attorneys for Plaintiff Amazon.com, Inc. | By /s/ Lindsay Thompson<br>Lindsay Thompson, WSBA #15432<br>1900 W. Nickerson Street, Suite 290<br>Seattle, WA 98119-1650<br>Phone: (206) 285-4130<br>Fax: (206) 285-4610<br>E-mail: tradelaw@thompson-law.com<br>Attorneys for Defendants Leonid "Leo" Radvinsky and Activsoft, Inc. |

STIPULATION FOR ORDER OF DISMISSAL
OF DEFENDANTS RADVINSKY AND ACTIVSOFT,
INC. - 2
CASE NO. C03-2620P

K:\40741\00053\RJD\RJD_P22EA