The Honorable Marsha J. Pechman

*FILED LODGED ENTERED RECEIVED*
*MAY 13 2005*
*AT SEATTLE*
*CLERK U.S. DISTRICT COURT*
*WESTERN DISTRICT OF WASHINGTON*
*BY                                  DEPUTY*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> CYBERPOWER PTY, LTD., a foreign corporation, LEONID "LEO" RADVINSKY, an individual, ACTIVSOFT, INC., an Illinois corporation, and JOHN DOES 3-20, <br><br> Defendants. | No. C03-2620P <br><br> ORDER OF DISMISSAL OF DEFENDANTS RADVINSKY AND ACTIVSOFT, INC. |

Pursuant to the Stipulation of the parties, the Court hereby DISMISSES defendants Leonid "Leo" Radvinsky ("Radvinsky") and Activsoft, Inc. ("Activsoft") with prejudice and without costs to any party.

DATED this __13__ day of __May__, 2005.

_____
The Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

03-CV-02620-ORD

ORDER OF DISMISSAL OF
RADVINSKY AND ACTIVSOFT, INC. - 1
CASE NO. C03-2620P
K:\40741\00053\RJD\RJD_P22EB

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  Presented by:

2  PRESTON GATES & ELLIS LLP

3

   By____/s/ Robert J. Dzielak_____
4      David A. Bateman, WSBA # 14262
       Robert J. Dzielak, WSBA #26178
5  Preston Gates & Ellis
   925 Fourth Ave., Suite 2900
6  Seattle, WA 98104-1158
   Phone : (206) 623-7580
7  Fax: (206) 623-7022
   E-mail: robertd@prestongates.com
8  Attorneys for Plaintiff
   Amazon.com, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL OF
RADVINSKY AND ACTIVSOFT, INC. - 2
CASE NO. C03-2620P

KM0741\00053RJD\RJD_P22EB

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022