The Honorable Marsha J. Pechman

*FILED ___ ENTERED*
*___ LODGED ___ RECEIVED*

MAY 13 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CYBERPOWER PTY, LTD., a foreign corporation, LEONID "LEO" RADVINSKY, an individual, ACTIVSOFT, INC., an Illinois corporation, and JOHN DOES 3-20,<br><br>Defendants. | No. C03-2620P<br><br>ORDER OF DISMISSAL OF DEFENDANTS RADVINSKY AND ACTIVSOFT, INC. |

Pursuant to the Stipulation of the parties, the Court hereby DISMISSES defendants Leonid "Leo" Radvinsky ("Radvinsky") and Activsoft, Inc. ("Activsoft") with prejudice and without costs to any party.

DATED this __13__ day of __May__, 2005.

*/s/ Marsha J. Pechman*
The Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

03-CV-02620-ORD

ORDER OF DISMISSAL OF
RADVINSKY AND ACTIVSOFT, INC. - 1
CASE NO. C03-2620P

K:\40741\00053\RJD\RJD_P22EB

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1 | Presented by:

2 | PRESTON GATES & ELLIS LLP

3 |

4 | By___/s/ Robert J. Dzielak___
    David A. Bateman, WSBA # 14262
    Robert J. Dzielak, WSBA #26178

5 | Preston Gates & Ellis
    925 Fourth Ave., Suite 2900

6 | Seattle, WA 98104-1158
    Phone : (206) 623-7580

7 | Fax: (206) 623-7022
    E-mail: robertd@prestongates.com

8 | Attorneys for Plaintiff
    Amazon.com, Inc.

ORDER OF DISMISSAL OF
RADVINSKY AND ACTIVSOFT, INC. - 2
CASE NO. C03-2620P

K\40741\00053RJD\RJD_P22EB

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022