Hon. Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, | No. C03-2620P |
| Plaintiff, | |
| v. | MOTION TO WITHDRAW BY COUNSEL FOR DEFENDANTS CYBERPOWER PTY, LTD; LEONID RADVINSKY; AND ACTIVSOFT, INC. |
| CYBERPOWER PTY, LTD, a foreign corporation; LEONID "LEO" RADVINSKY, an individual; ACTIVSOFT, INC., an Illinois corporation; and JOHN DOES 3-20, | |
| | Noted for consideration June 10, 2005 |
| Defendants. | |

Counsel for defendants in this case requests the Court's permission to withdraw. This motion is based upon the declaration of Lindsay Thompson, filed

////

////

////

////

////

MOTION TO WITHDRAW BY COUNSEL FOR DEFENDANTS
CYBERPOWER, RADVINSKY AND ACTIVSOFT: 1

herewith.

DATED this 18th day of May, 2005.

<u>/s/ Lindsay Thompson</u>
Lindsay Thompson, WSBA 15432
Thompson Gipe, P.C.
Attorneys for Defendants Cyberpower Pty, Ltd; Leonid Radvinsky; and Activsoft, Inc.

1900 W. Nickerson Street, Suite 209
Seattle WA 98119-1650
(206) 285-4130
